IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No: 18-80462-CV-MIDDLEBROOKS/BRANNON

JIMMY DAVIS,

    Plaintiff,

vs.

NATIONAL BROKERS OF AMERICA, INC.,

    Defendant.
_____/

## **FINAL JUDGMENT**

    This action was resolved by default. This Court's Order Granting Plaintiff's Motion for Final Default Judgment, entered on October 5, 2018 (DE 14), contains findings of fact and conclusions of law which are incorporated by reference herein. For the reasons set forth in the Order, final judgment is entered pursuant to Fed. R. Civ. P. 54(c), 55(b)(2), and 58, as set forth below.

    This Court hereby **ORDERS** and **ADJUDGES** that:

    (1) Final judgment is entered in favor of Plaintiff Jimmy Davis and against Defendant National Brokers of America, Inc. as to Count I for Violation of the Telephone Consumer Protection Act.

    (2) Plaintiff Jimmy Davis is entitled statutory damages from Defendant National Brokers of America, Inc. in the amount of $75,000.00.

    (3) Plaintiff Jimmy Davis is entitled to recover costs from Defendant National Brokers of America, Inc., in the amount of $520.00.

(4) The Court further reserves jurisdiction to enter further orders, judgments and relief as necessary to enforce this Final Judgment.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 5th day of October, 2018.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record